IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ANTONIO RIVERA, JR., | ) | CIVIL 10-00402-DAE-KSC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| GMAC MORTGAGE LLC, | ) | |
| Defendant. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on September 1, 2010 and served on September 2, 2010 by First Class Mail addressed to Antonio Rivera, Jr., and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DISMISS SECOND AMENDED

COMPLAINT," document no. 17, are adopted as the opinion and order of this

Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 23, 2011.



_____
David Alan Ezra
United States District Judge


Antonio Rivera, Jr. vs. GMAC Mortgage LLC, Civil No. 10-00402 DAE-KSC;
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION